IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **DEFENDERS OF WILDLIFE and HEALTHY GULF** | **PLAINTIFFS** |
| v. | **CAUSE NO. 1:20CV142-LG-RPM** |
| **UNITED STATES ARMY CORPS OF ENGINEERS; NATIONAL MARINE FISHERIES SERVICE; and U.S. FISH AND WILDLIFE SERVICE** | **DEFENDANTS** |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds:

**IT IS THEREFORE ORDERED AND ADJUDGED** that [57] Motion for Summary Judgment filed by Defenders of Wildlife and Healthy Gulf, is **GRANTED** to the extent that this case is **REMANDED** to Defendants, who are ordered to engage in consultation regarding the impact of Spillway openings on endangered species and their critical habitats in accordance with 16 U.S.C. § 1536. The remainder of Plaintiffs' Motion is **DENIED** as moot.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs are entitled to recover their litigation costs pursuant to 16 U.S.C. § 1540(g)(4). Plaintiffs shall file a motion for attorney's fees and costs as required by Fed. R. Civ. P. 54(d)(2).

**IT IS FURTHER ORDERED AND ADJUDGED** that the [61] Motion for Summary Judgment filed by National Marine Fisheries Service, the United States

-2-

Fish and Wildlife Service, and the United States Army Corps of Engineers is **DENIED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the [61] Motion for Partial Remand filed by the United States Fish and Wildlife Service is **MOOT** inasmuch as this Court has remanded the entire case for consultation pursuant to the Endangered Species Act.

**SO ORDERED AND ADJUDGED** this the 22nd day of November, 2022.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE