# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

|  |  |
|---|---|
| DEFENDERS OF WILDLIFE and HEALTHY GULF, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS; U.S. FISH AND WILDLIFE SERVICE; and NATIONAL MARINE FISHERIES SERVICE, <br><br> Defendants. | Case No. 1:20-cv-142-LG-RPM |

## NOTICE OF STIPULATED SETTLEMENT AGREEMENT REGARDING ATTORNEYS' FEES AND COSTS

Defendants the U.S. Army Corps of Engineers, the U.S. Fish and Wildlife Service, and the National Marine Fisheries Service (collectively, "Defendants"), by and through the undersigned counsel, hereby file the Stipulated Settlement Agreement Regarding Attorneys' Fees and Costs between Plaintiffs Defenders of Wildlife and Healthy Gulf and Defendants, attached as Exhibit A.

DATED: June 16, 2023

Respectfully submitted:

TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Acting Section Chief
BRIDGET KENNEDY MCNEIL, Assistant Section Chief
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Taylor A. Mayhall*
TAYLOR A. MAYHALL
Trial Attorney (MN Bar No. 0400172)
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611

1

Tel: (202) 598-3796
Fax: (202) 305-0275
taylor.mayhall@usdoj.gov

*Attorneys for Defendants*